IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| Kelly Stallsworth, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. |
| | ) 13-06026-CV-SJ-JTM |
| Carolyn W. Colvin, | ) |
| | ) |
| Defendant. | ) |

# O R D E R

On Thursday, January 9, 2014 , the Court heard oral argument on the *Plaintiff's Social Security Brief,* filed June 20, 2013, [Doc. 8] and the *Brief For Defendant*, filed September 3, 2013, [Doc. 11]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the oral argument, it is

**ORDERED** that this matter is **REVERSED AND REMANDED** to the Social Security Administration pursuant to 42 U.S.C. §405(g), sentence 4, for action consistent with that set forth by the Court at the conclusion of the January 9, 2014 oral argument.

  /s/ *John T. Maughmer*
  **JOHN T. MAUGHMER**
  **U. S. MAGISTRATE JUDGE**